DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNSON, MIRMIRAN & THOMPSON, INC.,**
a foreign corporation for profit,
Appellant,

v.

**TAMMY SIRMONS,** as Personal Representative of the **ESTATE OF CLEVELAND ODOM** and **RUBIE ODOM,** as Personal Representative of the **ESTATE OF ANGELICA ODOM,**
Appellees.

No. 4D20-0884

[November 12, 2020]

Appeal of a nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Janet Croom, Judge; L.T. Case No. 312017CA000881.

Diane H. Tutt of Conroy Simberg, Hollywood, for appellant.

F. Malcolm Cunningham, Jr. and Amy L. Fischer of The Cunningham Law Firm, P.A., West Palm Beach, and Lorenzo Williams and Elaine James of Gary, Williams, Parenti, Watson & Gary, P.L., Stuart, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***